

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bahram Manouchehri<br><br>Plaintiff,<br>V.<br>(See Attachment)<br><br>Defendant. | Civil Action No. 17cv0119-LAB-BGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motion for judgment on the pleadings for the federal causes of action is granted. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and dismisses them without prejudice.

Date: 1/9/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Taylor
J. Taylor, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17cv0119-LAB-BGS

HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4; Law Offices of Les Zieve